Timothy Carl Aires, Esq. (138169)
AIRES LAW FIRM
180 Newport Center Drive, Suite 260
Newport Beach, California  92660
(949) 718-2020
(949) 718-2021 FAX

Attorneys for Plaintiff,
MY HUB GROUP LLC

JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| MY HUB GROUP LLC, | Case No. SACV09-443 CJC (RNBx) |
| Plaintiff, | ORDER RE: DISMISSAL WITHOUT PREJUDICE |
| v. | [F.R.C.P., Rule 41] |
| ROHAN CONRAD GRANT; STARPOINT INVESTMENTS LLC; UNITED STATES OF AMERICA; and DOES 1 through 10, inclusive, | |
| Defendants. | |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, upon the request of Plaintiff My Hub Group LLC, this action is dismissed without prejudice.

DATED: August 25, 2009

_____
THE HONORABLE CORMAC J. CARNEY
JUDGE, UNITED STATES DISTRICT COURT